UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Seymour Wasserstrum
205 W. Landis Ave
Vineland, NJ 08360
856-696-8300
856-696-3586
Attorney for Debtor(s)

In Re:

Jill Travis

Case No.: __16-29875__

Judge: __ABA__

Chapter: __13__

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By ____Toyota Motor Credit Corporation____, creditor

2. I am objecting to the above for the following reasons:

   I would like to cure the arrears by including the current arrears in the chapter 13 plan or some other equitable arrangement.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/7/2017                                                          /s/ Jill Travis
                                                                                        Debtor's Signature