| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Adv. No.: _____

Chapter: 13

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____,

    ☐  am the attorney for: _____

    ☐  am self-represented

    Phone number: _____

    Email address: _____

2. I request an adjournment of the following hearing:

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

    below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                                                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*