Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  16−29875−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill L. Travis
   1015 Maxon Ave
   Millville, NJ 08332

Social Security No.:
   xxx−xx−9128

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      7/27/17
Time:      02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, attorney

COMMISSION OR FEES
Fee: $1200.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 23, 2017
JAN:

                                                                                     Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jill L. Travis  
    Debtor

Case No. 16-29875-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jun 23, 2017  
                Form ID: 137    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.

```
db          +Jill L. Travis,    1015 Maxon Ave,    Millville, NJ 08332-9720
cr          +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516451127   +American Servicing Co,    7485 New Horizon Way,    Frederick, MD 21703-8388
516451128    Capital One,    P.O. Box 70884,    2 Account-Platinum Visa,    Charlotte, NC 28272-0884
516451129   +Convergent Healthcare Inc,    124 Sw Adams St Ste 215,    RE: Medical - Cooper,
              Peoria, IL 61602-2321
516562251    HSBC BANK USA, NATIONAL ASSOCIATION, AS et.al.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516530586   +James Travis,    1015 Maxon Avenue,    Millville, NJ 08332-9720
516451130   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,    4 Gatehall Drive, Suite 350,
              Parsippany, NJ 7054)
516552468   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516599085    US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2017 22:40:41      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2017 22:40:34      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516645964    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 22:56:46
              Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
516636601   +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2017 22:37:37
              PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516461234    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2017 22:37:39      Spot Loan,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
516666129   +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2017 22:37:33      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-SD3, ASSET-BACKED PASS THROUGH
           CERTIFICATES james.shay@phelanhallinan.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-SD3, ASSET-BACKED PASS THROUGH
           CERTIFICATES nj.bkecf@fedphe.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 23, 2017
                              Form ID: 137             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Seymour   Wasserstrum    on behalf of Debtor Jill L. Travis mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                                                                                                              TOTAL: 6