UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Jill Travis,

Debtor.

Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29875-ABA

Adv. No.:

Hearing Date: 7/11/2017

Judge: Andrew B. Altenburg

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jill Travis
Case No: 16-29875-ABA
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a lien on a vehicle identified as a 2011 Toyota Rav 4, VIN # JTMBF4DV1B5043238, Denise Carlon, Esq. appearing, upon a motion for relief from stay, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esq., attorney for Debtor, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the secured claim of Toyota Motor Credit Corporation in full through the Chapter 13 plan per the modified plan filed June 23, 2017; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor retains the right to amend the claim to account for interest over the life of the plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to the proof of claim; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's motion for relief is hereby resolved.